# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

157327

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

NOTTINGHAM VILLAGE CONDOMINIUM
ASSOCIATION,
   Plaintiff-Appellant,

v

             SC: 157327
             COA: 333311
             Wayne CC: 12-013643-CH

JOHN PENSOM and JANE DOE PENSOM,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the December 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



          Clerk

p1114